BATTAGLIA ET AL., DBA PRODUCE TRANSPORT DISPATCH *v.* UNITED STATES ET AL.

No. 564.   Decided November 21, 1966.

*Earle V. White* for appellants.

*Solicitor General Marshall, Assistant Attorney General Turner, Howard E. Shapiro, Robert Ginnane* and *Betty Jo Christian* for the United States et al.   *Randall B. Kester, John F. Weisser, Jr., James W. Nisbet, J. D. Feeney* and *Ed White* for railroad appellees.

PER CURIAM.

The motions to affirm are granted and the judgment is affirmed.

MR. JUSTICE HARLAN is of the opinion that probable jurisdiction should be noted and the case set for oral argument.